JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GABRIEL LORENZO ESTRADA, | ) | Case No. SA CV 14-724-ODW (SP) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| JEFFREY BEARD, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: November 7, 2017

HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE